IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH FONTENOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-5067-CV-S-DW |
| ) | |
| FREIGHTLINER, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. (Doc. 19). Plaintiff requests that this Court dismiss this case with prejudice with each party to bear its own costs. Plaintiff states that Defendants TRW Automotive, Inc. and SKF USA have consented to the dismissal. Plaintiff further states that he believes that Defendant Freightliner would consent to the dismissal with prejudice. No objection has been filed to the Motion.

Accordingly, this case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees. The Clerk of the Court shall mark this case as CLOSED.

Date:   January 29, 2008                    /s/ Dean Whipple
                                              Dean Whipple
                                              United States District Judge